UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANI AMANUEL,
KENNY FETIERE,
ROBERT LUNDY, and
KIBRET MELES,

Defendants.

**Unsealing Order**

**26 Cr. 428 (JGK)**

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorneys Jared D. Hoffman and Jorja N. Knauer;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
October 2, 2026

HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK