UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

DANI AMANUEL, ET AL,

Defendants.

26-cr-428 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties shall appear for a conference on **Thursday, December 17, 2026, at 2:30 p.m.**

SO ORDERED.

Dated: New York, New York
October 8, 2026

John G. Koeltl
United States District Judge